In the Matter of HARRY ELMORE, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [997 NYS2d 660]—Appeal from a judgment of the Supreme Court, Wyoming

County (Mark H. Dadd, A.J.) entered July 30, 2013 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Robles v Evans*, 100 AD3d 1455, 1455 [2012]). Present—Smith, J.P., Fahey, Whalen and DeJoseph, JJ.